## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | | |
|---|---|---|---|
| JOHN DOE, | : | CASE NO: | 1:12-cv-00818 |
| Plaintiff, | : | | |
| vs. | : | Judge: | Sandra S. Beckwith |
| MASON CITY SCHOOL DISTRICT BOARD OF EDUCATION et al., | : | Mag. Judge: | Karen L. Litkovitz |
| Defendants. | : | **SECOND AGREED ENTRY EXTENDING TIME FOR PLAINTIFF TO ANSWER, MOVE, OR OTHERWISE PLEAD IN RESPONSE TO DEFENDANT SCHULER'S COUNTERCLAIM** | |

At Defendant Stacey Lynn Schuler's request and upon agreement of Plaintiff John Doe and Defendant, the time for Plaintiff to answer, move, or otherwise plead in response to Defendant Stacy Schuler's Counterclaim is hereby extended by an additional 7 days, from March 11, 2013 to March 18, 2013. Plaintiff and Defendant are engaged in discussions that may moot this issue, thereby saving the Court's time and resources.

IT IS SO ORDERED.

Date 3/12/13

Judge Beckwith / Magistrate Litkovitz

Agreed:

/s/ Niroshan M. Wijesooriya
Christian A. Jenkins (0070674)
Niroshan M. Wijesooriya (0079780)
Amy M. Phillips (0079461)
MINNILLO & JENKINS CO., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
Telephone: (513) 723-1600
Facsimile: (513) 723-1620
E-mail:
cjenkins@minnillojenkins.com
niro@minnillojenkins.com
aphillips@minnillojenkins.com
Trial Counsel for Plaintiff John Doe

/s/ Charles H. Rittgers (telephone consent)
Charles H. Rittgers (0003020)
Charles M. Rittgers (0086567)
RITTGERS & RITTGERS
12 East Warren Stree
Lebanon, Ohio 45036
Telephone: (513) 932-2115
Facsimile: (513) 934-2201
E-mail:
edwardsk@rittgers.com
rittgerscm@rittgers.com
Trial counsel for Defendant Stacy Schuler

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent electronically, this 11th day of March, 2013 via e-mail to:

Ian R. Smith (irsmith@mimlaw.com)
Ralph Gary Winters (rgwinters@mimlaw.com, seharman@mimlaw.com
*Attorneys for Defendants Dr. Kevin Bright, Mindy McCarty-Stewart, Dr. David Allen*

Beverly Ann Meyer (bameyer@cgwlaw.com)
*Attorney for Defendant George Coates*

/s/ Niroshan M. Wijesooriya
Niroshan M. Wijesooriya